# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACINDA D. PERRY,** | : | Civil No. 1:19-CV-1923 |
| **Plaintiff** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **ANDREW SAUL,**<br>**Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of April, 2021, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

/s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge